# *SEALED*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

FILED

JUN 27 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>(1) DANIEL LONGORIA,<br>(2) ABELARDO DAVILA, a/k/a "KUKA,"<br>(3) JOSE LUIS CRUZ, a/k/a "GORDO,"<br>(4) GABRIEL PEREZ, a/k/a "GAMBINI,"<br>(5) PATRICIA SAMANIEGO,<br>(6) TERRENCE GIBSON,<br>(7) NAKISHA JOHNSON,<br>      a/k/a "RED ROSE,"<br>(8) CRYSTAL MUNOZ,<br>(9) ABRAHAM FRIAS, and<br>(10) ERNESTO ALANIZ,<br>      DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MO-01-CR-<br><br>__INDICTMENT__<br>[Vio: 21 U.S.C. §§ 846 -<br>Conspiracy to Distribute & Possess<br>With Intent to Distribute<br>Controlled Substances]<br><br>**MO07CR119** |

## THE GRAND JURY CHARGES:

### <u>COUNT ONE</u>
### [21 U.S.C. §§ 846]

Beginning at a time unknown to the Grand Jury, but at least since on or about January 1, 2001, and continuing until on or about the date of this indictment, in the Western District of Texas and elsewhere, Defendants,

DANIEL LONGORIA,
ABELARDO DAVILA, a/k/a "KUKA,"
JOSE LUIS CRUZ, a/k/a "GORDO,"
GABRIEL PEREZ, a/k/a "GAMBINI",
PATRICIA SAMANIEGO,
TERRENCE GIBSON,
NAKISHA JOHNSON, a/k/a "RED ROSE,",
CRYSTAL MUNOZ,
ABRAHAM FRIAS,
ERNESTO ALANIZ,

and other persons known and unknown to the grand jury, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree together and with each other to distribute and possess with intent to distribute:

A.  1,000 kilograms or more of a mixture or substance containing a detectable marihuana, a Schedule I Controlled Substance,

B.  Five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and

C.  Fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base, "crack," a Schedule II Controlled Substance,

contrary to Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

A TRUE BILL. *Original signed by the foreperson of the Grand Jury*

_____
FOREPERSON

JOHNNY K. SUTTON
UNITED STATES ATTORNEY

By: _____
JEFF PARRAS
Assistant United States Attorney

# SEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MO07CR119**

| | |
|---|---|
| SEALED: XX | UNSEALED: |

| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
|---|---|---|

| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
|---|---|---|

| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS |
|---|---|

| DEFENDANT: 1) DANIEL LONGORIA | DOB: XXXXXXXXXX |
|---|---|

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | **M007CR119** | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 2) ABELARDO DAVILA | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## MO07CR119

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 3) JOSE LUIS CRUZ | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO07CR119**

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 4) GABRIEL PEREZ | DOB: XXXXXXXXXX | |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA      INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO07CR119

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 5) PATRICIA SAMANIEGO | DOB: XXXXXXXXXX | |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA        INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

DATE OF ARREST: Not arrested                    BENCH WARRANT: XXX

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

## PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | **MO07CR119** | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 6) TERRENCE GIBSON | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Indictment

OFFENSE (Code and Description):  Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | **MO07CR119** | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 7) NAKISHA JOHNSON | DOB: XXXXXXXXXX | |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO07CR119

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 8) CRYSTAL MUNOZ | DOB: XXXXXXXXXX | |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description):  Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

### PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

**MO07CR119**

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 9) ABRAHAM FRIAS | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA      INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | MO07CR119 | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 27, 2007 | MAG CT #: MO-07-113M | FBI #: |
| CASE NO: MO-07-CR- | ASSISTANT U.S. ATTORNEY: JEFFREY J. PARRAS | |
| DEFENDANT: 10) ERNESTO ALANIZ | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA          INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney - Not arrested

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description):  Ct. 1 - 21 USC 846 & 841(b)(1)(A) - Conspiracy to possess with intent to distribute and to distribute 5 kilograms or more of cocaine, 50 grams or more of cocaine base, "Crack", and 1,000 kilograms or more of marihuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE:  Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Danny Salmon, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701