UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

UNITED STATES OF AMERICA,         *
        Plaintiff,         *
v.         *       MO-07-CR-119
             *
CRYSTAL MUNOZ,         *
        Defendant.         *

### GOVERNMENT'S EXHIBITS

| Exhibit No. | Description | Offered | Date Admitted |
|---|---|---|---|
| 1 | map | ✓ | 10-29-07 |
| 2 | map | ✓ | 10-29-07 |
| 2a | map | ✓ | ✓ |
| 3 | picture | ✓ | ✓ |
| 4 | picture | ✓ | ✓ |
| 4a | lab report | ✓ | ✓ |
| 5 | picture | ✓ | ✓ |
| 6 | picture | ✓ | ✓ |
| 7 | picture | ✓ | ✓ |
| 8 | map | ✓ | ✓ |
| 9 | picture | ✓ | ✓ |
| 10 | picture | ✓ | ✓ |
| 10a | lab report | ✓ | 10-30-07 |
| 11 | picture | ✓ | 10-30-07 |
| 12 | picture | ✓ | 10-30-07 |
| 13 | picture | ✓ | ✓ |
| 14 | picture | ✓ | ✓ |
| 15 | picture | | |

FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| Exhibit No. | Description | Offered | Date Admitted |
|---|---|---|---|
| 16 | picture | ✓ | 10-30-07 |
| 17 | lineup | ✓ | 10-30-07 |
| 18 | picture | ✓ | 10-29-07 |
| 19 | picture | ✓ | ✓ |
| 20 | lineup | ✓ | 10-30-07 |
| 21 | lineup | ✓ | 10-30-07 |
| 22 | rights form | ✓ | 10-30-07 |
| 23 | recording | ✓ | 10-30-07 |
| 24 | photo | ✓ | 10-30-07 |
| 25 | photo | ✓ | 10-30-07 |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |