IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | MO-07-CR-119 |
| | § | |
| CRYSTAL MUNOZ, | § | |
| Defendant. | § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

### COUNT ONE

We the Jury find that Defendant **CRYSTAL MUNOZ** is  _Guilty_
                                                        Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

*If you find Defendant Munoz "Guilty" of Count One, proceed to Question A. If you find Defendant Munoz "Not Guilty" of Count One, do not answer Question A, and sign and date the Verdict Form.*

QUESTION A:   Do you find beyond a reasonable doubt that the amount involved one thousand (1,000) kilograms or more of a mixture or substance containing a detectable amount of marihuana?

_Yes_
No/Yes

_Oct. 31, 2007_
DATE

JURY FOREPERSON

K:\Text\Cory\Criminal\Munoz MO-07-CR-119\munoz_verdict form.wpd
October 31, 2007 (8:35am)