IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | CR. NO. MO-07-CR-119 |
| | § | |
| **CRYSTAL MUNOZ** | | |

### Motion for Post-Verdict Judgement of Acquittal (Rule 29)

ON THIS the 9th day of November, 2007, the defendant by and through counsel, makes a motion for a post-verdict judgment of acquittal. The trial evidence presented was factually and legally insufficient to prove beyond a reasonable doubt that the defendant possessed with an intent to distribute a controlled substance.

There was virtually no evidence presented by the Government at the trial that the defendant actually possessed or constructively possessed any marijuana. The Government failed to demonstrate that the defendant had ownership, dominion, or control over any contraband. *United States v. Shabazz,* 993F 2d 431 (5th cir. 1993). The jury charge stated the Government must prove possession with intent to distribute a controlled substance beyond a reasonable doubt. The defendant believes the trial testimony and the evidence presented was factually and legally insufficient to support a verdict of guilty beyond a reasonable doubt.

Respectfully submitted,

DAN WADE
Attorney for Crystal Munoz

/s/Dan Wade
_____
DAN WADE
1707 W. Wall
Midland, TX 79701
Phone: (432) 570-1919
Fax: (432) 570-1981
SBN: 00792899

## Certificate of Service

By signing above, I hereby certify that on November 9, 2007, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to Assistant United States Attorney, Mr. Jeff Parras.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CR. NO. MO-07-CR-119** |
| | § | |
| **CRYSTAL MUNOZ** | § | |

**Order Granting Defendant's Motion for Judgment of Acquittal**

On this the _____ day of November, 2007, came on to be heard the Defendant's Motion for Judgment of Acquittal after considering the evidence, the motion is hereby GRANTED.

**SIGNED and ENTERED** this _____ day of November 2007.

_____
**JUDGE PRESIDING**