MO-10-CV 044

FILED

APR 16 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

AO 243 (Rev. 5/85)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Western District | |
|---|---|---|
| Name of Movant Crystal Munoz | Prisoner No. 79319-180 | Case No. MO-07-cr-119 |
| Place of Confinement Federal Medical Center Carswell P.O. BOX 27137 Ft.Worth, Tx. 76127 | | |

| UNITED STATES OF AMERICA | V. | Crystal Munoz (name under which convicted) |
|---|---|---|

### MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS MIDLAND DIVISION</u>

2. Date of judgment of conviction <u>October 31,2007</u>

3. Length of sentence <u>235 months</u>

4. Nature of offense involved (all counts) <u>Conspiracy to possess with intent to distribute 1,000 or more kilograms of marijuana.</u>

5. What was your plea? (Check one)
   (a) Not guilty          ☑
   (b) Guilty              ☐
   (c) Nolo contendere     ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☑
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

1

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT__

   (b) Result __Denied__

   (c) Date of result __11/18/2008__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court __SUPREME COURT OF THE UNITED STATES FIFTH CIRCUIT__

     (2) Nature of proceeding __Writ of Certiorari__

     (3) Grounds raised __Petitioners sentence was imposed by the District Court based upon the premise that the United States Sentencing Guidelines are presumptively reasonable provide a rebuttable presumption of a reasonable sentence. 1A.)Did the sentencing court subject the defendant's sentence to the thorough__

     (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

     (5) Result __Denied__

     (6) Date of result __4/20/2009__

   (b) As to any second petition, application or motion give the same information:

     (1) Name of court _____

     (2) Nature of proceeding _____

     (3) Grounds raised _____

adversarial testing contemplated by federal sentencing procedure?

2.) During trial, petitioner's counsel was prevented by District
Court from cross-examination of cooperating government
witness as to the nature of their confinement.

2A.) Whether limitation of cross-examination of government witnesses
denied Ms.Munoz her Sixth Amendment constitutional rights to
confrontation of witnesses and to present a complete defense?

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result_____

    (6) Date of result _____

  (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.     Yes ☐ No ☐
    (2) Second petition, etc.   Yes ☐ No ☐

  (d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    Counsel advised me that I had two choices.  To File a Writ

    of Cert or a 2255 motion.  I was not aware that I could appeal

    the appeal or the Writ of Cert.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
  (a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
  (b)  Conviction obtained by use of coerced confession.

3

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Denial of effective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law) Counsel failed to effectively argue lacking evidence as to agreement to conspire to possess and distribute controlled substances. B.) Counsel failed to cross-examine witnesses to determine credibility and using methods of impeachment.

B. Ground two: C.) Counsel failed to do a thorough and complete Pretrial investigation, resulting in a failure to file a

Supporting FACTS (state *briefly* without citing cases or law): successful motion to suppress evidence, due to a conviction obtained by use of coerced confession and violation of the privilege against self incrimination.

D.) Counsel failed to object to unlawful amendment of indictment.

C. Ground three: E.)COunsel failed to present a variance between investigating report and trial testimony.

Supporting FACTS (state *briefly* without citing cases or law): F.) Appeal counsel failed to raise these issues on appeal and to raise issues trial counsel left to raise on appeal.

4

AO 243 (Rev. 5/85)

G.) Counsel failed to argue effectively the enhancements

and    failed to object to governments denial of acceptance

of responsibility.

H.) Failed to present to court the variance between

Supporting FACTS (state *briefly* without citing cases or law): defendants statements

and actual report made regarding those statements.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

Counsel was ineffective and failed to raise these issues on trial

and appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Dan Wade 1707 W.Wall Midland, Tx. 79701

(b) At arraignment and plea Dan Wade

(c) At trial Dan Wade

(d) At sentencing Dan Wade

5

AO 243 (Rev. 5/85)

(e) On appeal_____ Jason Leach 308 N.Jackson Odessa, Tx. 79761

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__4/12/2010_____
(date)

_____
Signature of Movant

6