IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
DEC 1 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| CRYSTAL MUNOZ,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §§§§§§§§§§§§§ MO: 10-CV-044<br>MO: 07-CR-119 |

### AMENDED FINAL JUDGMENT

On this day, the Court entered an Amended Order dismissing Movant's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to Title 28 U.S.C. § 2255, for reasons clarified therein. The Court now enters its final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Movant's Motion to Vacate is **DISMISSED AND DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT.**

SIGNED on this /1st day of ~~November~~ December, 2011.

_____
Robert Junell
United States District Court Judge
Western District of Texas

December 1, 2011 (11:03am)                                                                                   31