UNITED STATES DISTRICT COURT
WESTERN DISTRICT TEXAS
MIDLAND DIVISION

FILED
2016 DEC -8 PM 5: 02
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Respondent, | ) | |
| | ) | |
| Vs. | ) | 7:07-cr-00119-RAJ-8 |
| | ) | |
| CRYSTAL MUNOZ, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## MOTION FOR RECONSIDERATION

COMES NOW, CRYSTAL MUNOZ, DEFENDANT in the above styled and entitled cause of action who respectfully moves this Honorable Court for Reconsideration of the Reduction in the imposed term of 235 months handed down on 01/24/2008.

In support of this Motion Defendant submits the following;

On 03/31/2015 the Court reduced the 235-month term previously imposed upon the Defendant to 188 Months, this was pursuant to 18 U.S.C § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that had subsequently been lowered and made retroactive by the United States Sentencing Commission. The calculation was at the upper end of the Guideline chart. While Defendant is most appreciative of the reduction to 188 months, she requests Reconsideration by the court of reducing the term to the lower end of the guideline chart. Such a reduction to the lower end of the guideline chart will not affect an immediate release, but will place Defendant Munoz closer to a release date for the purposes of access to other programs that will prove invaluable to her growth and transition to reentry.

Defendant submits that she can demonstrate the years of positive programming since she has been incarcerated. The many courses taken in order to improve herself and the transformation of the journey to redemption and rehabilitation.

Defendant Munoz has been able to maintain a positive attitude through the

RECONSIDERATION - 1

support of her Husband and other family members as the years have passed and the children are growing up without her. This experience has been quite traumatic for all involved, especially the children.

Defendant requests of the court to consider an act of Compassion and Mercy by Granting Reconsideration of revisiting the reduction of the sentence previously adjusted pursuant to the retroactive Amendment.

Defendant Munoz prays that the Honorable Court will;

(a) Grant the Motion for Reconsideration; and

(b) Any other relief this court deems just and proper.

Respectfully Submitted,

On this 30 day of 11, 2016

Crystal Munoz
#79319-180
Federal Medical Center, Carswell
Satellite Camp
P.O. Box 27137
Fort Worth, TX 76127

RECONSIDERATION - 2