FILED
2017 MAR 21 AM 10: 37
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. MO-07-CR-119 (08) |
| | § | |
| CRYSTAL MUNOZ | § | |

## ORDER

Before the Court is the Defendant's Motion for Reconsideration [Doc. 538] filed December 8, 2016. The Court DENIES the Defendant's Motion. By way of background, on October 31, 2007, the Defendant was found guilty of Conspiracy to Possess with Intent to Distribute 1,000 or more Kilograms of Marijuana, in violation of Title 21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A) and 846. The Defendant was sentenced to 235 months on January 24, 2008, followed by five years supervised release and a $100 special assessment fee. At the time of sentencing, the Defendant's total offense level was a 36, and her criminal history was III with a custody range of 235 to 293 months. On March 31, 2015, the Court entered an Order reducing the Defendant's sentence pursuant to Title 18 U.S.C. § 3582(c)(2). The Defendant's revised offense level was a 34, criminal history remained the same at III and the amended guideline range was 188-235 months. The Defendant was resentenced to 188 months. The Court is not authorized to go below the Defendant's current sentence. Accordingly,

IT IS ORDERED that Defendant's Motion for Reconsideration [Doc. 538] filed December 8, 2016 is DENIED.

IT IS SO ORDERED.

SIGNED this 2̲1̲s̲t̲ day of March, 2017.

ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE